No. 95–8769.  CAMPBELL v. UNITED STATES, 517 U. S. 1228;

No. 95–8796.  IN RE SISK, 517 U. S. 1219;

No. 95–8818.  BAXTER v. CITY OF LOS ANGELES, CALIFORNIA, 517 U. S. 1249;

No. 95–8900.  IN RE BALLARD ET AL., *ante*, p. 1016;

No. 95–8919.  IN RE LORENZ, 517 U. S. 1232;

No. 95–8927.  PARRISH v. COLORADO ET AL., *ante*, p. 1011; and

No. 95–9047.  ABAYAN v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1012.  Petitions for rehearing denied.

No. 95–1190.  McCLARAN, DIRECTOR, CHILD SUPPORT SERVICES, TENNESSEE DEPARTMENT OF HUMAN SERVICES v. DAVIS ET AL., 517 U. S. 1128;

No. 95–8309.  JEDRZEJEWSKI v. MENACKER, 517 U. S. 1212; and

No. 95–8670.  TRUESDALE v. UNITED STATES, 517 U. S. 1215.  Motions for leave to file petitions for rehearing denied.

No. 95–8824.  PANDEY v. PAUL REVERE LIFE INSURANCE CO. ET AL., 517 U. S. 1251.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–9263 (A–64).  IN RE OXFORD, *ante*, p. 1032.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for rehearing denied.

No. 95–9264 (A–64).  OXFORD v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1031.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for rehearing dismissed.

AUGUST 6, 1996

No. 96–5395 (A–73).  IN RE PARKER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.  Petition for writ of review denied.

AUGUST 8, 1996

No. 96–5483 (A–96).  IN RE HATCH.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER,